UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

David Stebbins
_____
Plaintiff

vs.

Reliable Heat & Air, LLC
Randal Richardson
_____
Defendant

Case No. 10-3305-CV-S-RED

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

David Stebbins
Plaintiff