# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

_____David Stebbins_____ )
Plaintiff                            )
                                     )
vs.                                  )  Case No. 10-3365-CV-S-RED
                                     )
Reliable Heat & Air, LLC and Randal Richarson  )
Defendant                            )

## AFFIDAVIT OF FINANCIAL STATUS

I, ___David Stebbins___, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

**I.  MARITAL STATUS AND PERSONAL DATA**

    A.    Single: _X_   Married:___   Separated:___   Divorced:___

    B.    Name of Spouse_____n/a_____

    C.    Age of plaintiff, petitioner or complainant: ___21___

    D.    Age of spouse: ___n/a___

    E.    Address of plaintiff, petitioner or complainant:
        ___1407 N Spring Rd, APT #5, Harrison, AR 72601___

        Telephone: ___(870) 204 - 6024___

    F.    Address of spouse: ___n/a___

        Telephone: ___n/a___

G.  State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

_____No dependants._____.

_____.

_____.

II. **EMPLOYMENT**

A.  Name of employer:_____unemployed_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:      Monthly $_____      Weekly $_____

Gross Income: Monthly $_____     Weekly $_____

Does employer provide health insurance:   Yes____ No_____

If employer provides health insurance, describe coverage:_____

_____

_____

B.  Previous employment (Answer only if presently unemployed).

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:       Monthly $_____      Weekly $_____

Gross Income: Monthly $_____     Weekly $_____

C. Employment of spouse:

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:        Monthly $_____    Weekly $_____

Gross Income: Monthly $_____    Weekly $_____

III. **FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

    A. Owner of real property?    Yes___ No _X_

        If yes - Description:_____

        Address:_____

        In whose name?_____

        Estimated value:_____

        Total amount owed:_____

        Owed to:_____

        Annual income from property:_____

    B. Owner of automobile: Yes _X_ No___

        If yes - Number of automobiles owned:_____one_____

        Make __Isuzu__ Model _Pickup_ Year _1990_

        Make_____ Model_____ Year_____

        In whose name registered?___David Anthony Stebbins___

        Present value:_____Approximately $1,000._____

        Amount owed on the automobile(s):_____none_____

        Owed to:_____nobody_____

        Monthly payment(s):_____$0.00_____

    C. Cash on hand: (Include checking and savings accounts)

$ 156.70

       List names and addresses of banks and associations:

       Please do not state account numbers:

D.    Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | | X |
| Pensions, trust funds, annuities or life insurance payments? | | X |
| Gifts or inheritances? | | X |
| Welfare payments? | | X |
| ADC or other governmental child support? | | X |
| Unemployment benefits? | | X |
| Social Security benefits? | X | |
| Other sources? | | X |

E.    If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

      I receive Supplemental Security Income every month in the amount of $674.00 per month.

## IV. OBLIGATIONS

A.    Monthly rental on house or apartment: $375

B.    Monthly mortgage payments on house: n/a

      Amount of equity in house: _____

C.    Monthly mortgage payments on other properties: $ _____

      Amount of equity in other properties: $ _____

D.    Household expenses:

Monthly grocery expense: $150

Monthly utilities:

    Gas: _____

    Electric: _____

    Water: _____

    Other: (Specify) $22 for telephone

E. Other debts and miscellaneous monthly expenses:

| To whom owed and for what reason incurred? | Monthly Payments | Balance Due |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

_____

_____

_____

_____

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

*[signature]*
Signature of Plaintiff

# VERIFICATION

State of _____    )
                           )
County of _____   )

      I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 20 __

_____
Notary Public


_____
My Commission Expires