David A. Stebbins
1407 N Spring Rd.
APT #5
Harrison, AR 72601

U.S. Courthouse
222 N. John Q Hammons Parkway
Room 1400
Springfield, MO 65806

