IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Have Marshal Serve Complaint (Doc. 4) and Plaintiff's Motion to be Excluded from Participation in the Early Assessment Program (Doc. 5). After careful consideration, the Court **GRANTS** the Motions (Docs. 4, 5). This case is hereby excluded from the Early Assessment Program based on the particular circumstances of this case. The U.S. Marshal is hereby **ORDERED** to serve a copy of the complaint and summons on:

| | |
|---|---|
| Randal Richardson | Reliable Heat & Air, LLC |
| 584 Animal Safari Rd. | 584 Animal Safari Rd. |
| Branson, MO 65616 | Branson, MO 65616 |

**IT IS SO ORDERED.**

DATED: September 24, 2010      _/s/ Richard E. Dorr_
  RICHARD E. DORR, JUDGE
  UNITED STATES DISTRICT COURT