David Stebbins<br>
1407 N Spring Rd<br>
APT #5<br>
Harrison, AR 72601

Dear U.S. District Court,

    My name is David A. Stebbins, and I am writing in regards to my employment discrimination case against Randal Richardson and Reliable Heat & Air, LLC.

    Specifically, I am writing to request appointment of counsel. This should not be too difficult to obtain, as you granted my IFP application, and the decision of whether or not to appoint counsel largely depends on the same factors as granting the IFP application.

    Thank you, and please appoint me a lawyer, promptly.

Sincerely,<br>
David Stebbins