# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SPRINGFIELD DIVISION

**DAVID STEBBINS**                                                                                 **PLAINTIFF**

**vs.**                           **CIVIL No. 6:10-cv-03305-RED**

**RANDAL RICHARDSON & RELIABLE HEAT & AIR, LLC**           **DEFENDANTS**

## MOTION TO APPOINT EXPERT

Comes now Plaintiff David Stebbins, who respectfully moves for an order to appoint an expert witness, in accordance with Rule 706 of the Federal Rules of Evidence.

Specifically, I need a mental health doctor who is familiar with Asperger Syndrome. A mental health doctor who specializes in autism and autism-spectrum disorders, especially Aspergers, would be ideal.

I need an expert to prove that I am disabled, and the nature of my disability. However, I make this motion, not to get the expert, but because I cannot afford to pay his fee.

My insurance will not cover this; I have already read the policy. Therefore, I will not just be paying a small copay; whoever pays for this expert must pay his entire fee, completely out-of-pocket.

You approved my application to proceed in forma pauperis. You know just how broke I am. You know that I cannot afford to pay a doctor's fee. I have no money because I have no job; that is why I am suing in the first place.

Rule 706(b) allows the judge to lay the burden of the expert's fees on the parties to the case however he sees fit. Due to my poverty, I respectfully move that you place the initial burden of this expert's fees entirely on the Defendant, who is likely to be much more financially solvent than I. Remember, in a discrimination case, the loosing party must reimburse all the

costs to the winning party, so the loosing side will end up paying for this expert, when it's all said and done; at this point, I am merely attempting to get this case off the ground.

I am aware that it is still early in the case; however, the odds that I will soon be able to afford my own expert are astronomical. I am suing over the injury of unemployment, the archetypal injury that leads to the inability to afford something. The odds that I will find another job, on such short notice, and in this economy, are astronomical. Besides, when I applied for leave to proceed in forma pauperis, I had to promise, under penalty of perjury, that I would inform you of any significant changes in my financial situation, and I intend to honor that agreement; see, unlike Defendant Randal Richardson, I am actually a law-abiding citizen. Therefore, if I find an envelop with a hundred thousand dollars in cash just lying on the side of the road, you will be among the first to know.

Wherefore, I respectfully pray that you will appoint a competent mental health doctor who is familiar with Asperger Syndrome, and direct the defendants in the action to initially furnish the expert's fee.

Sincerely,

David Stebbins

*David S Stebbins*