IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

DAVID STEBBINS                                                  PLAINTIFF

vs.                                 Civ. No. 6:10-cv-03305-RED

RANDAL RICHARDSON                                  DEFENDANTS

### MOTION FOR DEFAULT

      Comes now Plaintiff David Stebbins, who respectfully moves for the court to declare Defendants Randal Richardson his company, Reliable Heat & Air, LLC, via respondiat superior, in default.

      According to the U.S. Marshal, service was performed on October 25, 2010, and a response was required on November 15, 2010. According to my computer's clock, it is past 6PM on November 16, 2010. As your records show, Defendants have not responded to the summons, as required.

      I am registered with ECF (in fact, that is how I am filing this motion), so I would know, immediately, if he has responded, and when he responds, rather than waiting for the letter to arrive in my snail mail box. His time to respond has long expired, and I respectfully move for default.

      I also request a hearing to prove my damages. Please give me at least three weeks before the hearing begins, to prepare my case.

      Thank you, and please respond promptly.

Sincerely,
David Stebbins

*David S. Stebbins* (signature)