IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID STEBBINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 10-3305-CV-S-RED |
| | ) | |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF PRETRIAL PROCEDURES

A proposed scheduling order/discovery plan ("Proposed Plan") shall be filed on or before **December 30, 2010.** The Proposed Plan shall comply with Local Rules, including 16.1(d), 16.1(f), 26.1(c) and 26.1(d). The Proposed Plan shall also state the anticipated length of the trial. In accordance with Local Rule 16.1(d), plaintiff's counsel shall take the lead in preparing the Proposed Plan. It is expected that the discovery completion date will not exceed 180 days from when the last defendant was served unless extended by the Court for good cause.

The Fed. R. Civ. P. Rule 26(f) conference shall take place on or before **December 9, 2010.** Counsel are reminded that Fed. R. Civ. P. Rule 26(a)(1) disclosures must be completed within fourteen (14) days after the Fed. R. Civ. P. Rule 26(f) conference.

Within fifteen (15) days of this Order, each non-governmental corporate party must file a statement identifying all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public. See Local Rule 3.1.

If this case has been removed from state court, and if a trial by jury has not already been specifically requested on the face of the Complaint or in a separate filing, the parties shall have twenty (20) days from the date of this Order to file a demand for trial by jury. Failure to file

such a jury demand shall constitute a waiver of the right to a trial by jury.

If any party objects to a demand for jury trial by any other party, said party shall file its objections to the demand within twenty (20) days from the date of this Order. If the case has been removed from state court and the demand for jury is filed in this court as provided above, the objections to the demand shall be filed within twenty (20) days of the filing of the demand.

When discovery commences in this case counsel are reminded that:

1. The number and form of interrogatories and the number of depositions are governed by Fed. R. Civ. P. 30 and 33.

2. The time permitted for depositions is governed by Fed. R. Civ. P. 30(d)(2).

3. The procedure for resolving discovery disputes is governed by Local Rule 37.1.

4. The form for answers to certain discovery requests and the disclosures required by Fed. R. Civ. P. 26 is provided in Local Rule 26.2

5. The filing of motions does not postpone discovery. See Local Rule 26.1(b).

**IT IS SO ORDERED**.

DATED: November 19, 2010                    /s/ Richard E. Dorr
                                            RICHARD E. DORR, JUDGE
                                            UNITED STATES DISTRICT COURT