IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| And | ) |
| | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## SCHEDULING ORDER AND DISCOVERY PLAN

Comes now Plaintiff David Stebbins, who submits the following scheduling order and discovery plan.

For the purposes of this scheduling order and discovery plan, "the parties" mean pro se Plaintiff David Stebbins, and attorney Gary Allman, on behalf of the defendants, Randal Richardson and Reliable Heat & Air, LLC.

According to Local Rule 16.1(f), the scheduling order and discovery plan must contain the following information:

1. **Deadline for joinder of parties.** The parties have agreed that we will not file any further joinder of parties.

2. **Deadline for filing motions to amend pleadings.** The parties have agreed that all modifications to pleadings must be modified on or before January 1, 2011.

3. **Deadline for filing motions related to the discovery or motions for summary judgment.** The parties have agreed to file all motions related to discovery, and for summary judgment, no less than 30 days after the discovery has commenced.

4. **Discovery plan.** The parties have agreed to the following:

   A) that the discovery shall be completed within 180 days. As this scheduling order and discovery plan is being submitted on November 19, 2010, that means that the discovery must be completed on May 18, 2010.

   B) We may file discovery requests by email.

   C) The defense agrees to provide their request for admissions simultaneously while filing the answer to the Plaintiff's request for admissions.

5. **Number of days for the trial.** The parties have agreed on a generous estimate of three days (with a reasonable expectation of two days).

6. **An agreeable trial date for the court's consideration.** Both parties have suggested that the trial commence 60 days after the conclusion of the discovery, or as soon thereafter as the court can accommodate.

7. **Any anticipation of a protective order.** The parties do not anticipate the requirement of a protective order.

   It is so filed, on this 19th Day of November, 2010.

Sincerely,

David Stebbins

*David S tebbins*