IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

    Comes now Plaintiff David Stebbins, who certifies, under penalty of perjury, that I have served, upon the opposing counsel, a request for admissions and request for productions.
    It is so certified, on this 19th day of November, 2010.

Sincerely,<br>
David Stebbins