IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Appoint Expert (Doc. 10). Federal Rule of Evidence 706 gives a court discretion to appoint an expert. *Fugitt v. Jones*, 549 F.2d 1001, 1006 (5th Cir. 1977). Plaintiff is asking the Court to appoint an expert not for the Court's use, but for his personal use. Because Rule 706 "contemplates the appointment of an expert to aid the court," *Hannah v. United States*, 523 F.3d 597, 600 (5th Cir. 2008), and the Court does not need an expert at this time, appointing Plaintiff his own expert would not be proper. Plaintiff's Motion is **DENIED** (Doc. 10).

**IT IS SO ORDERED.**

DATED:   December 3, 2010          */s/ Richard E. Dorr*
                                    RICHARD E. DORR, JUDGE
                                    UNITED STATES DISTRICT COURT