# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

DAVID STEBBINS,            )
                                 )

      Plaintiff,          )
                                 )

v.                         ) Case No. 10-3305-CV-S-RED
                                 )

RELIABLE HEAT & AIR, LLC, et al.,  )
    And                   )
                                 )

RANDAL RICHARDSON, et al.    )
                                 )

Defendants.              )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

    Defendants' Response to Plaintiff's First Request for Admissions.

Was served upon:

David Stebbins
1407 N Spring Rd. Apt #5
Harrison, AR 72601
Email: stebbinsd@yahoo.com


    ( ) by delivering a copy to him;
    ( ) by leaving a copy at his office with his clerk;
    ( ) by leaving a copy at his office with an attorney associated with him;
    ( x) by mailing a copy to him, as prescribed by law;
    (x ) by transmitting a copy to them by email transmission at stebbinsd@yahoo.com on the 16th day of December 2010.

Gary W. Allman Bar #19921
P.O. Box 5049
Branson, Mo 65615
Phone: (417) 332-2800
Fax:     (417) 332-1008
garywallman@gmail.com
Attorney for: Defendants