IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## CERTIFICATION OF SERVICE

Comes now Plaintiff David Stebbins, who hereby certifies that I have served Gary W. Allman, the attorney with three interrogatories. This shall reduce the number of interrogatories that I may still serve on the defendants to 22.

I have also served the defendants with a second request for production.

The Defendants now have until January 15, 2011 to respond to these discovery requests.

It is so declared, on this 16th day of December, 2010.

Sincerely,

David Stebbins