IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES

Comes now Plaintiff David Stebbins, who hereby certifies the following:

1. I sent my initial disclosures, as required by Rule 26(a) of the Federal Rules of Civil Procedure, to Gary Allman, who is representing the defendants in this action, on Tuesday, November 23, 2010. The Post Office official estimated that it would reach Allman's mailbox on Friday, November 26, 2010. The Post Office official stated that a letter going from Northern Arkansas to Southern Missouri is in circulation for two days, which means that it would have arrived in Allman's mailbox on Thursday, November 25, 2010, but for that day being Thanksgiving Day.

2. I believed that I had served the court with certification of the service spoken of in the above paragraph, although, apparently, I neglected to do so.

3. My failure to certify the court is a harmless error, as defined by Rule 61 of the Federal Rules of Civil Procedure.

4. That, combined with the fact that I am certifying the court, now, should allow me to be pardoned of this error.

I am hereby certifying that I have served the defendants with my 26(a) initial disclosures on Friday, November 26, 2010.

It is so certified, on this 16th day of December, 2010.

Sincerely,

David Stebbins

*David S Stebbins*