IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| DAVID STEBBINS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## MOTION TO RELAX DRESS CODE

Comes now Plaintiff David Stebbins, who respectfully moves for the court to relax the dress code in the Springfield Federal District Court.

I understand that the dress code in a courthouse is business professional. However, I do not have any business professional attire. I cannot afford to buy any new business professional attire because I do not have a job; that is why I am suing in the first place.

I do, however, have several changes of business casual clothing, which I already owned, prior to my termination. Notice, I am only asking that you *relax* the dress code, not set it aside, entirely. Given my state of poverty (caused directly by the defendants' wrongful termination), I can only wear what I already own, which is limited to business casual.

Wherefore, I respectfully pray that you issue an order, granting me permission to don business casual attire in the courtroom, for the duration of this case.

Sincerely,

David Stebbins

*David Stebbins*