IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## REQUEST FOR PRODUCTION

Comes now Plaintiff David Stebbins, who hereby requests the following document:

1. One copy of the employee handbook at Reliable Heat & Air, LLC, as it was written in the months of May and June, 2009.

2. One copy of the contract that I signed, signifying that I have read and understand the company handbook.

You have until January 22, 2010 to provide me with these documents.

It is so requested, on this 22nd day of December, 2010.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of

    Third Request for Production

was served upon

Gary W. Allman Bar #19921
P.O. Box 5049
Branson, MO
Phone: (417) 332 – 2800
Fax: (417) 332 – 1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy of to them by email transmission on the 22nd day of December, 2010.

*David S Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com