**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID STEBBINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 10-3305-CV-S-RED** |
| | ) | |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Relax Dress Code (Doc. 24). Plaintiff's

Motion is not currently ripe for ruling because nothing has been set that would require Plaintiff to

appear in court. The Court will address Plaintiff's concerns about the dress code at the pretrial

conference.

**IT IS SO ORDERED.**

DATED:      December 23, 2010         _/s/ Richard E. Dorr_____
                                      RICHARD E. DORR, JUDGE
                                      UNITED STATES DISTRICT COURT