IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) |
| RANDAL RICHARDSON, et al. | ) ) ) |
| Defendants. | ) |

## SECOND REQUEST FOR ADMISSIONS

Comes now Plaintiff David Stebbins, who respectfully submits the following request for admissions.

1. In the month of November, 2009, the Plaintiff approached Rita Stebbins, the mother of the Plaintiff, at her place of occupation at the time, and sought her help in locating a therapist.

2. The reason the Plaintiff wanted this therapist is because, not ten minutes prior, he was literally preparing a suicide note.

3. The reason the Plaintiff was preparing this suicide note is because he was being harassed by creditors and debt collectors.

4. These debt collectors were aggrieved by the Plaintiff's inability to pay his debts.

5. The Plaintiff's inability to pay these debts stemmed directly from his unemployment.

6. The Plaintiff's unemployment was caused by the Defendants' very termination of employment, spoken of in the complaint.

It is hereby stated that the defendants have until January 30, 2011 to respond to this

request for admissions.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: (870) 204 – 6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| And | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| **Defendants.** | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury, that a true and correct copy of
 Plaintiff's Second Request for Admissions
was served on

Gary W. Allman,
Missouri Bar #19921
P.O. 5049
Branson, MO 65615
Phone (417) 332 – 2800
Fax (417) 332 – 1008
garywallman@gmail.com
Attorney for: Defendants

by email transmission at garywallman@gmail.com, on the 31st day of December, 2010.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: (870) 204 – 6024
stebbinsd@yahoo.com