# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Telephone Conference (Doc. 28). Plaintiff has informed the Court he is no longer seeking a telephone conference. Accordingly, Plaintiff's Motion is **DENIED** as moot (Doc. 28).

**IT IS SO ORDERED.**

DATED: January 4, 2011          */s/ Richard E. Dorr*
                                 RICHARD E. DORR, JUDGE
                                 UNITED STATES DISTRICT COURT