**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) ) ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Telephone Conference (Doc. 35). After careful consideration, the Court **GRANTS** the Motion (Doc. 35). The Court will hold a telephone conference on Wednesday, **January 12, 2011, at 10:00 a.m.** Counsel for Defendants shall be responsible for initiating the call. Once all parties are on the line, the Court may be reached at (417) 865-3741.

**IT IS SO ORDERED.**

DATED:   January 10, 2011      _/s/ Richard E. Dorr_
                                RICHARD E. DORR, JUDGE
                                UNITED STATES DISTRICT COURT