*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**DAVID STEBBINS**                                    **Date: January 12, 2011**

**v.**                                                **Case No. 10-3305-CV-S-RED**

**RELIABLE HEAT & AIR, LLC, et al.**

**Honorable Richard E. Dorr, presiding at Springfield, Missouri**

**Nature of Hearing: Telephone Conference**

**Time Commenced: 10:00 A.M.     Time Terminated: 10:10 A.M.**

APPEARANCES

**Plaintiff's counsel: David Stebbins present on his own behalf, pro se**
**Defendants' counsel: Garry W. Allman**

**Plaintiff present telephonically on his own behalf. Defendants represented telephonically by above counsel. Telephone conference held.**

**COURT REPORTER: Jeannine Rankin**
**COURTROOM DEPUTY: Karen Siegert**
**LAW CLERK: Barry Lindsey**