IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) |
| RANDAL RICHARDSON, et al. | ) ) |
| Defendants. | ) |

## PLAINTIFF'S THIRD INTERROGATORIES

Comes now Plaintiff David Stebbins, who hereby submits the following interrogatory to the Defendant:

6. You denied that I was disabled, yet you still claim that you provided reasonable accommodations. Please state, in detail, what you were actually attempting to accommodate. If you did not perceive me as disabled, then what were the accommodations there for? Also, why give them to me, and only me, instead of applying them to everyone (keep in mind, an "accommodation," in the context of ADA law, means a special thing that you don't give to everybody. If everybody got big text lettering, just so that you won't have to do anything more for the vision impaired, that's not an *accommodation*. The same applies to using cell phone text messaging for communications, in the even that you just happen to end up hiring a deaf person. Since it applies to *everyone*, it is not an *accommodation*).

You have until February 22, 2011 to respond to this interrogatory.

*David S Stebbins*

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DAVID STEBBINS,                                )
                                               )
        Plaintiff,                             )
                                               )
v.                                             ) Case No. 10-3305-CV-S-RED
                                               )
RELIABLE HEAT & AIR, LLC, et al.,              )
        And                                    )
                                               )
RANDAL RICHARDSON, et al.                      )
                                               )
Defendants.                                    )

## CERTIFICATE OF SERVICE

The undersigned hereby declares that a true and correct copy of
    Plaintiff's Second Interrogatories
was served on

Gary W. Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: 417-332-2800
Fax: 417-332-1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 23th day of January, 2011.

David Stebbins<br>
1407 N Spring Rd, APT #5<br>
Harrison, AR 72601<br>
Phone: 870-204-6024<br>
stebbinsd@yahoo.com