IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DAVID STEBBINS,                     )
                                    )
    Plaintiff,                     )
                                    )
v.                                  ) Case No. 10-3305-CV-S-RED
                                    )
RELIABLE HEAT & AIR, LLC, et al.,   )
    And                            )
                                    )
RANDAL RICHARDSON, et al.           )
                                    )
Defendants.                         )

## MOTION FOR JURY TRIAL

Comes now Plaintiff David Stebbins, who hereby submits the following request for a trial by a jury of his peers.

I never waived my right to a jury trial. I understand that the $80,000.00 in lost wages is merely the monetary equivalent to injunctive relief, but I am also suing for $150,000 in non-economic damages. Since the monetary damages exceed twenty dollars, I have the seventh amendment right to a trial by jury... a right which I do not recall waiving.

Apparently, the Western District of Missouri wants me to demand a jury trial, or else the right is deemed waived. If that is the case, then I am demanding it now.

Wherefore, I respectfully request that you void your rules for scheduling order, order for a bench trial, and rules for the bench trial, and replace them with a scheduling order and rules, respectively, for a jury trial.

It is so humbly requested on this 25th day of January, 2011.

                                                                        David Stebbins

1407 N Spring Rd, APT #5  
Harrison, AR 72601  
Phone: 870-204-6024  
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby declares that a true and correct copy of
    Plaintiff's Motion for Jury
was served on

Gary W. Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: 417-332-2800
Fax: 417-332-1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 23th day of January, 2011.

*David S Stebbins*

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com