IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Second Motion for Reconsideration of Order (Doc. 43). Plaintiff argues he was perceived as disabled because Defendants did not ask for proof of his disability when he claimed he was disabled. The Court considered this argument in its Order of January 21, 2011. For the reasons stated in that Order, the Motion is **DENIED** (Doc. 43).

**IT IS SO ORDERED.**

DATED: January 26, 2011      */s/ Richard E. Dorr*
                             RICHARD E. DORR, JUDGE
                             UNITED STATES DISTRICT COURT