IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| And | ) |
| | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S FOURTH INTERROGATORIES

Comes now Plaintiff David Stebbins, who hereby submits the following interrogatory to the Defendant:

7. You admitted to that I told you about my disability, and you admitted that you did not ask for proof, yet you claim that you did not perceive me as disabled. My seventh question is this: At what point should I have taken it as an indication that you did not believe me when I told you about my disability? What act did you perform that would have caused any reasonable person to think "Ok, he doesn't believe me when I say that I'm disabled, so I should provide some medical records to prove that declaration." How, exactly, was I supposed to know that you didn't think I was disabled during my employment with you? As the saying goes, actions speak louder than words, so please state the action that should have caused me to realize that you thought I was lying.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby declares that a true and correct copy of
    Plaintiff's Fourth Interrogatories
was served on

Gary W. Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: 417-332-2800
Fax: 417-332-1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 27th day of January, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com