IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

## REQUEST FOR TELEPHONE CONFERENCE

Comes now Plaintiff David Stebbins, who hereby submits the following request for a telephone conference to expedite cooperation in discovery attempts.

On the date of January 12, 2011, I served the defendants with a copy of the Plaintiff's Second Interrogatory, which contained two additional questions, as part of my interrogatories.

The Defendants had until Friday, February 11, 2011 to respond to this interrogatory. However, they failed to do so. On Sunday, February 13, 2011, I left a message on Gary Allman's voicemail, in compliance with the Local Rules, demanding his client's answer to my second set of interrogatories. I have not heard from them since.

I now request a three-way telephone conference between the judge, Allman, and myself, in order to get this second interrogatory answered.

It is so humbly requested on this 16th day of February, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601

Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| And | ) |
| | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby declares that a true and correct copy of
    Plaintiff's Request for Telephone Conference.
was served on

Gary W. Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: 417-332-2800
Fax: 417-332-1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 16th day of February, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com