IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DAVID STEBBINS, )
)
    Plaintiff, )
)
v. ) Case No. 10-3305-CV-S-RED
)
RELIABLE HEAT & AIR, LLC, et al., )
   And )
)
RANDALL RICHARDSON, et al. )
)
Defendants. )

## DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

COMES NOW Defendants Reliable Heat & Air, LLC and Randall Richardson, by and through counsel, and directs Plaintiff David Stebbins to produce the following documents at the offices of Gary W. Allman LLC, P.O. Box 5049, Branson, MO 65615 and email address of: garywallman@gmail.com.

1. Copies of your federal tax returns for the years of 2006, 2007, 2008, 2009, and 2010.
2. All document identified in your answers to Defendants' Interrogatories to Plaintiff.
3. A copy of your resume submitted to Defendants or to any employment service agency prior to June 1, 2007.

4.  All documents which support the special damages of medical expenses and lost earnings which you claim in this action.

5.  All documents that contain information about, refer or relate to any conversations or communications between you and Randall Richardson or Reliable Heat & Air, LLC, concerning your hiring or termination of employment.

6.  All documents that contain information about, refer or relate to your hiring or termination of employment with Reliable Heat & Air, LLC.

7.  All medical records, reports or information relating to your "Asperger Syndrome" as alleged in your complaint.

8.  All documents attached to Plaintiff's Complaint because the copies received by Defendants were not clearly photocopied and were not legible.

                                               Gary W. Allman
                                               Missouri Bar No. 19921
                                               P.O. Box 5049
                                               Branson, Missouri 65615
                                               Phone: (417) 332-2800
                                               Fax No: (417) 332-1008
                                               ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) |
| RANDALL RICHARDSON, et al. | ) ) ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

Defendants' First Request for Production of Documents to Plaintiff.

Was served upon:

David Stebbins
1407 N Spring Rd. Apt #5
Harrison, AR 72601
Email: stebbinsd@yahoo.com


( ) by delivering a copy to him;
( ) by leaving a copy at his office with his clerk;
( ) by leaving a copy at his office with an attorney associated with him;
( x) by mailing a copy to him, as prescribed by law;
( x ) by transmitting a copy to them by email transmission at stebbinsd@yahoo.com on the 6th day of January 2011..

_____
Gary W. Allman Bar #19921
P.O. Box 5049
Branson, Mo 65615
Phone: (417) 332-2800
Fax: (417) 332-1008
garywallman@gmail.com
Attorney for: Defendants