# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Request for Telephone Conference (Doc. 53). After careful consideration, the Court **GRANTS** the Request (Doc. 53). The Court will hold a telephone conference at **10:00 a.m. on Friday, March 4, 2011**. Counsel for Defendants shall be responsible for initiating the call. Once all parties are on the line, the Court may be reached at (417) 865-3741.

**IT IS SO ORDERED.**

DATED: March 1, 2011        */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT