# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDALL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF

Defendants, pursuant to Rule 36 requests that Plaintiff admit within 30 days after the service of this Request, for the purpose of this action only, and subject to all pertinent objections to admissibility which may be interposed at the trial, the truth of the following facts.

1. Admit that you did not inform Richardson of your "disability" prior to starting your employment by Defendants.

Response:

2. Admit that you were offered a different employment with Defendants to accommodate your disability as alleged in your complaint.

Response:

3. Admit that you refused to accept a different employment position with Defendants.

Response:

4. Admit that during your employment with Defendants you were rude and verbally abrasive to customers that called Defendants' office.

Response:

5. Admit that you were offered an employment with Defendants in a position that did not require customer contact and that you refused to accept such job position.

Response:

6. Admit that you read and signed the standard company policy pamphlet.

Response:

7. Admit that Defendants' business is a service-oriented business with a reputation of providing quick, quality and friendly service.

Response:

_____
Gary W. Allman
Missouri Bar No. 19921

2

Case 6:10-cv-03305-RED   Document 58-2   Filed 03/01/11   Page 2 of 5

P.O. Box 5049

Branson, Missouri 65615

Phone: (417) 332-2800

Fax No: (417) 332-1008

ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) ) |
| RANDALL RICHARDSON, et al. | ) ) ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

Defendants' First Request for Admissions to Plaintiff.

Was served upon:

David Stebbins
1407 N Spring Rd. Apt #5
Harrison, AR 72601
Email: stebbinsd@yahoo.com


    ( ) by delivering a copy to him;
    ( ) by leaving a copy at his office with his clerk;
    ( ) by leaving a copy at his office with an attorney associated with him;
    ( x) by mailing a copy to him, as prescribed by law;
    ( x ) by transmitting a copy to them by email transmission at stebbinsd@yahoo.com on the ____th day of January 2011..

_____
Gary W. Allman Bar #19921
P.O. Box 5049
Branson, Mo 65615
Phone: (417) 332-2800
Fax: (417) 332-1008
garywallman@gmail.com
Attorney for: Defendants