# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 1, 2011, this Court granted Plaintiff's request for a telephone conference. Plaintiff's request for a telephone conference was based on Defendants' failure to answer Plaintiff's second interrogatory. The docket sheet now reflects that Defendants served Plaintiff with their responses to Plaintiff's second and third interrogatories on March 1, 2011. Thus, it is no longer necessary to hold a telephone conference on this issue. The telephone conference set for 10:00 a.m. on Friday, March 4, 2011 is hereby **VACATED**.

**IT IS SO ORDERED.**

DATED: March 2, 2011         */s/ Richard E. Dorr*
                             RICHARD E. DORR, JUDGE
                             UNITED STATES DISTRICT COURT