IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| **RELIABLE HEAT & AIR, LLC,** And | ) ) ) ) |
| **RANDALL RICHARDSON,** | ) ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

**Defendants' Response to Plaintiff's Fourth Request for Admissions.**

Was served upon:

David Stebbins
1407 N Spring Rd, Apt #5
Harrison, AR 72601
stebbinsd@yahoo.com

( ) by delivering a copy to him;
( ) by leaving a copy at his office with his clerk;
( ) by leaving a copy at his office with an attorney associated with him;
(x) by mailing a copy to him, as prescribed by law;
(x) by transmitting a copy to them by facsimile transmission at: stebbinsd@yahoo.com

on the 7th day of March 2011.

*[signature]*
Gary W. Allman Bar #19921
P.O. Box 5049
Branson, Mo 65615
Phone: (417) 332-2800
Fax:     (417) 332-1008
garywallman@gmail.com
Attorney for: Defendants