IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID STEBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-3305-CV-S-RED |
| | ) | |
| RELIABLE HEAT & AIR, LLC, et al., | ) | |
| And | ) | |
| | ) | |
| RANDAL RICHARDSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**RENEWED MOTION FOR TELEPHONE CONFERENCE**

Comes now Plaintiff David Stebbins, who hereby submits the following renewed motion for his telephone conference.

This grievance does not regard a failure to respond, per se. Rather, it concerns an evasion and incomplete response. In my Fifth Interrogatory Question, I asked the defendants to state all accommodations that he provided, not just the job reassignment. He stated that he already answered that question in his response to my Fourth Interrogatory Question; however, he clearly did not.

Furthermore, in my Fourth Request for Admission, I asked him to admit that, if his claim that my motion to strike evidence (see Document #58) is granted, then he provided no other reasonable accommodations. He denied this request. Therefore, he is obviously claiming that he provided something else. Why won't he tell me what it is?

I want a phone conference in order to get this straightened out.

Wherefore, I respectfully pray that you renew the order scheduling the telephone conference.

It is so requested on this 7th day of March, 2011.

*David S Tebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby declares that a true and correct copy of
    Plaintiff's Renewed Motion for Telephone Conference
was served on

Gary W. Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: 417-332-2800
Fax: 417-332-1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 7th day of March, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com