# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 10-3305-CV-S-RED** |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| **And** | ) |
| | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## SUPPLMENT TO MOTION FOR TELEPHONE CONFERENCE

Comes now Plaintiff David Stebbins, who respectfully submits the following supplement to his motion for a telephone conference.

Earlier today, I received a call from the Clerk's Office, requested that I submit the documents that contain information pertinent to my grievance. I am doing that now.

First, I submit the defendants' response to my second and third interrogatories. See Exhibit A. This proves that the defendants have refused to articulate any *other* reasonable accommodations, besides job reassignment, claiming that he had already answered the question earlier in that same document. As you can clearly see, that is BS.

Second, I submit the defendants' response to my fourth request for admissions. See Exhibit B. In this one, the defendants deny that no other reasonable accommodations were provided. This means that there are other reasonable accommodations that the defendant is not telling me about.

I hope this helps the court in making its decision during the telephone conference. If the court requires anything further of me, do not hesitant to ask.

It is so submitted on this 8th day of March, 2011.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No. 10-3305-CV-S-RED** |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| **And** | ) |
| | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby declares that a true and correct copy of
Plaintiff's Supplement to Motion for Telephone Conference.
was served on

Gary W. Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone:  417-332-2800
Fax:  417-332-1008
garywallman@gmail.com
Attorney for:  Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 8th day of March, 2011.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com