IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, And | ) ) ) ) |
| RANDALL RICHARDSON, | ) ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S FOURTH REQUEST FOR ADMISSIONS

Please admit to the following facts:

1. The quality of your memory is starting to fade, perhaps due to your age.

    Response: Defendants deny this request.

2. You do not document virtually any of your business activities in writing.

    Response: Defendants deny this request.

3. According to your answer to my first request for admissions, I told you about my Asperger Syndrome on the third day of my employment. However, due to your lack of memory, it is entirely possible – perhaps even probable – that that conversation was merely a *reminder* of my disability, and that I originally informed you of my disability on the first day of employment.

    Response: Defendants deny this request.

4. Furthermore, if that is the case, it is also entirely possible – even probably – that I used the exact words "I have an ADA accommodation I need to request" during that original

conversation about Aspergers.

    Response: Defendants deny this request.

5. Bearing in mind my currently pending motion to strike evidence, assuming that motion is granted, you provided no additional reasonable accommodations.

    Response: Defendants deny this request.

*[signature]*

Gary W. Allman
Missouri Bar No. 19921
P.O. Box 5049
Branson, Missouri 65615
Phone: (417) 332-2800
Fax No: (417) 332-1008
ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DAVID STEBBINS,                            )
                                           )
      Plaintiff,                        )
                                           )
v.                                         ) Case No. 10-3305-CV-S-RED
                                           )
RELIABLE HEAT & AIR, LLC,                  )
    And                                    )
                                           )
RANDALL RICHARDSON,                        )
                                           )
Defendants.                                )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

**Defendants' Response to Plaintiff's Fourth Request for Admissions.**

Was served upon:

David Stebbins
1407 N Spring Rd, Apt #5
Harrison, AR 72601
stebbinsd@yahoo.com

( ) by delivering a copy to him;
( ) by leaving a copy at his office with his clerk;
( ) by leaving a copy at his office with an attorney associated with him;
(x) by mailing a copy to him, as prescribed by law;
(x) by transmitting a copy to them by facsimile transmission at:
    stebbinsd@yahoo.com

on the 7th day of March 2011.

_____
Gary W. Allman Bar #19921
P.O. Box 5049
Branson, Mo 65615
Phone:  (417) 332-2800
Fax:     (417) 332-1008
garywallman@gmail.com
Attorney for:  Defendants