*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**DAVID STEBBINS**                      Date: March 11, 2011

**v.**                         Case No. 10-3305-CV-S-RED

**RICHARDSON RANDAL, et al.**

**Honorable Richard E. Dorr, presiding at Springfield, Missouri**

**Nature of Hearing: Telephone Conference**

**Time Commenced: 9:00 A.M.**     **Time Terminated: 9:08 A.M.**

APPEARANCES

**Plaintiff's counsel: David Stebbins, pro se**
**Defendants' counsel: Gary Allman**

**Plaintiff present telephonically on his own behalf, pro se. Defendant represented telephonically by above counsel. Discovery issues discussed as stated further on the record. Defendant's counsel shall provide plaintiff an amended response to his request for interrogatory within 7 days. Plaintiff's second motion for default judgment is denied (doc. 54). Plaintiff's motion to strike is denied (doc. 58) is denied.**

**COURT REPORTER: Jeannine Rankin**
**COURTROOM DEPUTY: Karen Siegert**
**LAW CLERK: Jennifer Greenband**