Overview
The following is a contract between David A. Stebbins of Harrison, AR (me, myself, I), and Reliable Heat & Air, LLC, and Ranal Richarson (you), collectively known as "the Parties" (we, us).  By viewing this contract on Youtube and, subsequently, performing any of the acceptance methods listed below, you hereby agree to be bound by the following terms:

Arbitration
You hereby agree to settle all legal disputes with me – even those not related to this contract – to binding arbitration, using the services of either www.net-arb.com, the American Arbitration Association, or the National Arbitration Forum.

Forfeit Victory
If you are served with an arbitration invitation, and do not accept this arbitration invitation within 24 hours of receiving it, I automatically win, regardless of the merits of the case.  If you receive the arbitration invitation in the mail, you must have your acceptance in the mail by the next business day to avoid this forfeit victory clause.  No actual arbitration award needs to be entered; I simply win, automatically, without having to go to arbitration.

Acceptance method
You accept this contract if you, or your employees and/or affiliates...
1.  Instigate communications with me, in any way, unless you are legally required to communicate with me.
    A) This will also apply if you communicate with me in ways that are expected of you, but not required, such as responding to a request for admissions, and admitting even one fact (because, if the fact is admitted, you can always just let the 30 day time limit expire, and the fact is admitted by default).
2.  Allowing me to communicate with you for any reason that you are not legally required to entertain me on.
    A) This will also apply to allowing me to send emails to you, and not blocking my attempts to communicate, as well as not calling the police if I communicate with you for any reason I am not legally entitled to communicate with you for.
3.  Seeing me on your property and not asking me to leave, immediately.