

Case 6:10-cv-03305-RED   Document 70-4   Filed 03/25/11   Page 1 of 1