IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) ) |
| RANDAL RICHARDSON, et al. | ) ) |
| Defendants. | ) |

**SUPPLEMENT TO MOTION TO CONFIRM ARBITRATION AWARD**

Comes now Plaintiff David Stebbins, who respectfully submits the following supplement to his motion to confirm the arbitration award.

As you can see, I am filing this motion under the category of "order." I attempted to file under "ADR Documents," but it would not let me. Every time I clicked on that link, the page would glitch up... every single time.

That is why I am filing this motion under the miscellaneous category of "order." I hope you understand.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com