IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## SUPPLEMENT TO OBJECTION

Comes now Plaintiff David Stebbins, who respectfully submits the following supplement to my objection to the upcoming trial by ambush.

I want to explain why I am filing it under "motion for preliminary injunction." I cannot find any spot for "objections." At first, I considered filing it under "order," but the defense would have been entitled way too long to respond. Instead, I filed it under "preliminary injunction," because this objection is an urgent one. I am poised to suffer a huge injury if the Defense is allowed to subject me to a trial by ambush.

The reason this cannot wait is because, if he tells you anything, any legal argument at all, even if it is not entered into the record, it will still be present in your mind, and subconsciously bias you accordingly. This motion *has* to be ruled on before the telephone conference, otherwise I will suffer an irreparable injury.

This is why I filed it under "preliminary injunction." I cannot afford to wait two weeks for the defense to file any suggestions in opposition to their motion, so I filed it under a category that has a sense of urgency behind it.

I hope you understand my position in this isssue.  Thank you.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com