# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court will hold a telephone conference regarding Plaintiff's Motion to Confirm Arbitration Award at **4:00 p.m. on Friday, April 22, 2011.** Counsel for Defendants shall be responsible for initiating the call. Once all parties are on the line, the Court may be reached at (417) 865-3741.

**IT IS SO ORDERED.**

DATED: April 18, 2011         */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT