IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, | ) ) ) |
| And | ) ) |
| RANDALL RICHARDSON, | ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

    Defendants' Oposition to Plaintiff's Motion to Confirm Arbitration Award.

was served upon:
    David Stebbins
    1497 N. Spring Rd, Apt 5
    Harrison, AR 72601
    stebbinsd@yahoo.com

    ( ) by delivering a copy to him;
    ( ) by leaving a copy at his office with his clerk;
    ( ) by leaving a copy at his office with an attorney associated with him;
    ( ) by mailing a copy to him, as prescribed by law;
    (x) by transmitting a copy to him by email transmission at stebbins@yahoo.com

on the 19th day of April 2011.

*(signature)*
Gary W. Allman, # 19921
PO Box 5049
Branson, MO 65615
Phone: (417) 332-2800
Facsimile: (417) 332-1008
garywallman@gmail.com
Attorney for Defendants