# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

DAVID STEBBINS,               )
)
       Plaintiff,        )
)
v.                       )Case No. 10-3305-CV-S-RED
)
RELIABLE HEAT & AIR, LLC,   )
)
     And          )
)
RANDALL RICHARDSON,    )
)
     Defendants.    )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:
     Motion to call for Hearing Plaintiff's Objections to Defendants' First Interrogatories  and
     Notice of Hearing on Motion
was served upon:
     David Stebbins
     1497 N. Spring Rd, Apt 5
     Harrison, AR 72601
     stebbinsd@yahoo.com

     ( ) by delivering a copy to him;
     ( ) by leaving a copy at his office with his clerk;
     ( ) by leaving a copy at his office with an attorney associated with him;
     ( ) by mailing a copy to him, as prescribed by law;
     (x) by transmitting a copy to him by email  transmission at stebbins@yahoo.com

on the 19th day of April 2011.

Gary W. Allman, # 19921
PO Box 5049
Branson, MO 65615
Phone: (417) 332-2800
Facsimile: (417) 332-1008
garywallman@gmail.com
Attorney for Defendants