IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**DAVID STEBBINS**  Date: April 22, 2011

v.  Case No. 10-3305-CV-S-RED

**RICHARDSON RANDAL, et al.**

Honorable Richard E. Dorr, presiding at Springfield, Missouri

Nature of Hearing: Telephone Conference

Time Commenced: 4:00 P.M.  Time Terminated: 4:08 P.M.

APPEARANCES

Plaintiff's counsel: David Stebbins, pro se
Defendant's counsel: Gary Allman

4:00 p.m.  Pla present telephonically on his own behalf, pro se.  Dft represented telephonically by above counsel.  Pla's motion for preliminary injunction to disallow defense testimony is denied [73].  Pla's motion for order confirming arbitration is denied [70].  The Court rules on the interrogatories as stated on the record.  The Court will enter an order with its rulings.

COURT REPORTER: Jeannine Rankin
COURTROOM DEPUTY: Karen Siegert
LAW CLERK: Jennifer Greenband