**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No.  10-3305-CV-S-RED** |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court held a telephone conference on April 22, 2011, at 4:00 p.m.  For reasons discussed during the telephone conference, the Court:

1.    **DENIED** Plaintiff's Objection to Defense's Presence in Telephone Conference (Doc. 73);

2.    **DENIED** Plaintiff's Motion to Confirm Arbitration Award (Doc. 70); and

3.    **GRANTED** Defendants' Motion for Hearing Plaintiff's Objections to Defendants' First Interrogatories (Doc. 76) to the extent it called for the Court to rule on Plaintiff's objections to Defendants' First Interrogatories.  The Court overruled Plaintiff's objections with regard to the following interrogatories: 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, and 15.  Plaintiff shall respond to those 12 interrogatories on or before May 13, 2011.  The Court sustained Plaintiff's objection to interrogatory 8.

**IT IS SO ORDERED.**

DATED:      April 25, 2011      _/s/ Richard E. Dorr_____
                                      RICHARD E. DORR, JUDGE
                                      UNITED STATES DISTRICT COURT