NORTHWEST AR P&DF
AR 727 1T
25 APR 2011 PM

U.S. District Court
222 N. John A. Hammons Parkway
Room 1400
Springfield, MO 65806

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601