# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Reconsideration of Motion to Confirm Arbitration Award (Doc. 86). After careful consideration, the Court **DENIES** the Motion (Doc. 86). The Court finds the parties did not form a binding contract to arbitrate. The parties simply never agreed to arbitrate.

**IT IS SO ORDERED.**

DATED: April 28, 2011    */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT