IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DAVID STEBBINS, )
    Plaintiff, )
v. )
RELIABLE HEAT & AIR, LLC, et al., ) Case No. 10-3305-CV-S-RED
    And )
RANDAL RICHARDSON, et al. )
Defendants. )

## MOTION TO EXPEDITE IFP APPEAL

Comes now David Stebbins, who hereby submits the following motion to expedite my motion for leave to appeal in forma pauperis.

On April 27, 2011, you received my motion to appeal in forma pauperis. See Document #91. On April 28, 2011, you ruled on my motion for reconsideration. See Document #93. That would have been a perfect opportunity to also rule on my motion to appeal in forma pauperis.

On April 22, 2011, you knocked out three motions (two of which I am appealing) in one fifteen minute phone call. See Document #90. Therefore, there is no excuse for not ruling on two motions, like this.

At first, I had a mind to petition the Eighth Circuit for a writ of mandamus; however, I then remembered that I am out of printer ink, and have a new cartridge in the mail.

Your Honor, if the motion to appeal in forma pauperis is not granted by the time the ink cartridge arrives in the mail (which could be any day now), I will petition the Eighth Circuit for a

writ of mandamus.  Please make a note of this.

Thank you, and please respond promptly.

David Stebbins

*David S Stebbins*

1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
