# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Case Name: **David Stebbins v. Richardson Randal, et al**

Case Number: **10-3305-CV-S-RED**

Please return files and documents to:
**U.S. District Court
1400 U.S. Courthouse
222 John Q. Hammons Parkway
Springfield, MO 65806
(417) 865-3869**

Person to contact with questions about this appeal: **Steve Burch, Springfield Clerk's Office**

Length of Trial: **N/A**

Financial Status:
Fee Paid: **No**
If NO, has IFP been granted: **No**
Is there a pending motion for IFP? **No (Denied 5/2/2011 in Doc. # 100)**

Counsel: **David Stebbins (Appellant / Pro Se Plaintiff)
Gary W. Allman (Defendants)**

Are there any other pending post-judgment motions: **Yes. Third Motion for Reconsideration (Doc. # 101, filed 5/3/2011)**

Is there keen local interest in this case? **No.**

Do you recommend a simultaneous opinion release? **No.**

Is there a court reporter in this case? **Yes.**

If yes, please identify: **Jeannine Rankin (417-225-7713)**

Criminal Cases only:

Is defendant incarcerated: **N/A**

Please list all other defendants in this case if there were multiple defendants: **N/A**

Special Comments: