# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Third Motion for Reconsideration (Doc. 101). After careful consideration, the Court **DENIES** the Motion (Doc. 101).

**IT IS SO ORDERED.**

DATED: May 6, 2011

/s/ Richard E. Dorr
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT