IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

DAVID STEBBINS,                                           )
                                                          )
      Plaintiff,                                    )
                                                          )
v.                                                        )
                                                          ) Case No. 10-3305-CV-S-RED
RELIABLE HEAT & AIR, LLC, et al.,                         )
    And                                                 )
                                                          )
RANDAL RICHARDSON, et al.                                 )
                                                          )
Defendants.                                               )

## MOTION TO COMPEL DISCOVERY

Comes now Plaintiff David Stebbins, who hereby submits the following motion to compel discovery.

1. On the date of March 30, 2011, I sent the Defendants a request for production. See Document #71.

2. See Exhibit A for the contents of that request for production.

3. To this day, the Defendants have not responded to my request for production, not even raising so much as an objection to the production, let alone produce the documents I requested.

Wherefore, I pray that you issue an order compelling discovery, award costs incurred, and other relief that the court finds appropriate.

It is so requested, on this 8th day of May, 2011.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of
    Plaintiff's Motion to Compel Discovery
was served on

Gary Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: 417 – 332 – 2800
Fax: 417 – 332 – 1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 8th day of April, 2011.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com