# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

DAVID STEBBINS,                          )
                                         )
        **Plaintiff,**          )
                                         )
v.                                       )  Case No.  10-3305-CV-S-RED
                                         )
RELIABLE HEAT & AIR, LLC, et al.,        )
                                         )
        **Defendants.**         )

## ORDER

Pending before the Court is Plaintiff's Motion to Compel Discovery (Doc. 104). Plaintiff filed a notice of appeal on April 27, 2011. The appeal was transmitted to the United States Court of Appeals for the Eighth Circuit on May 3, 2011. This event divested this Court of jurisdiction. Accordingly, all deadlines in the above-captioned case are hereby **STAYED** pending disposition of Plaintiff's appeal. Plaintiff's Motion to Compel (Doc. 104) is **DENIED** without prejudice to refiling once this Court regains jurisdiction.

    **IT IS SO ORDERED.**

DATED:     May 10, 2011       */s/ Richard E. Dorr*
                                      RICHARD E. DORR, JUDGE
                                      UNITED STATES DISTRICT COURT