IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| RELIABLE HEAT & AIR, LLC, et al., | )Case No. 10-3305-CV-S-RED |
|     And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## MOTION TO CLARIFY ORDER DENYING
## MOTION TO COMPEL DISCOVERY

    Comes now Plaintiff David Stebbins, who hereby submits the following motion to clarify the court's order (Document #105) denying my motion to compel discovery (Document #104).

    I actually like the fact that the District Court has voluntarily stayed the proceedings. However, I still want to make sure of one detail.

    As you can see from Document #17, discovery is to be completed by May 18, 2011. It is highly, highly unlikely that the appeal will be finished by then.

    I want you to assure me that, not only are the proceedings being stayed, but the deadlines are being pushed back, accordingly. If my appeal is denied, and your order is affirmed, and I immediately re-file my motion to compel discovery, I want assurance that it will NOT be denied on the grounds that discovery is over.

    Please give me this assurance and this peace of mind. It is so requested on this 10th day of May, 2011.

<i>David Stebbins</i><br>
David Stebbins<br>
1407 N Spring Rd, APT #5<br>
Harrison, AR 72601<br>
870-204-6024<br>
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| RELIABLE HEAT & AIR, LLC, et al., | )Case No. 10-3305-CV-S-RED |
|     And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of my Motion to Clarify [105] Order Denying [104] Motion to Compel Discovery was served on Gary Allman, attorney for the Defense, by transmitting a copy via email transmission to garywallman@gmail.com on the 10th day of May, 2011.

*David Stebbins*

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com