IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Pending before the Court is Plaintiff's Motion to Clarify Order Denying Motion to Compel Discovery (Doc. 106), wherein Plaintiff asks for clarification of this Court's stay. To the extent Plaintiff's Motion seeks clarification of the effect of this Court's stay, the Motion is **GRANTED** (Doc. 106). However, to the extent Plaintiff seeks assurances that the deadlines will be pushed back, that is an issue the Court will dispose of after Plaintiff's appeal. As stated in this Court's Order of May 10, 2011, all deadlines are stayed pending disposition of Plaintiff's appeal. This means that all deadlines, including the discovery deadline, are stayed pending the outcome of the appeal.

**IT IS SO ORDERED.**

DATED: May 11, 2011        */s/ Richard E. Dorr*
                           RICHARD E. DORR, JUDGE
                           UNITED STATES DISTRICT COURT