IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| DAVID STEBBINS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## RENEWED MOTION TO COMPEL DISCOVERY

Comes now Plaintiff David Stebbins, who hereby submits the following renewed motion to compel discovery.

On May 10, 2011, this court denied without prejudice my motion to compel discovery. See Document #105. However, the reason given for the denial was that the case had been appealed, depriving the district court of jurisdiction.

The appeal has been erroneously dismissed for lack of jurisdiction. I intend to appeal that decision to the Eighth Circuit en banc, but I will first attempt to procure pro bono legal counsel, which will delay the filing of that appeal.

In the meantime, however, the District Court has regained jurisdiction over this case. Therefore, since I only have a few days left to file this motion, I wish to renew my motion to compel discovery.

See Document #104 for the details of that motion.

Wherefore, I respectfully pray that you compel the documents I requested be produced within ten business days, award costs incurred, and other relief that the court finds appropriate.

It is so requested, on this 2nd day of June, 2011.

*David S Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of
    Plaintiff's Renewed Motion to Compel Discovery
was served on

Gary Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: 417 – 332 – 2800
Fax: 417 – 332 – 1008
garywallman@gmail.com
Attorney for: Defendants

by transmitting a copy via email transmission to garywallman@gmail.com, on the 1st day of June, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com