IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO REINSTATE STAY

Comes now Plaintiff David Stebbins, who hereby requests that the stay of proceedings be reinstated.

You received a mandate from the Eighth Circuit, but only for Case No. 11-8013. The Eighth Circuit has not issued a mandate in Case No. 11-1977, which is also the same case.

Wherefore, I pray that you reinstate the stay, pending a mandate in Case No. 11-1977.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my motion to reinstate the stay of proceedings was served on Gary Allman by emailing a copy to garywallman@gmail.com on the 17th day of June, 2011.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com