# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-8013
_____

David Anthony Stebbins

Petitioner

v.

Reliable Heat & Air, LLC; Randal Richardson

Respondents

------

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)

------

**AMENDED JUDGMENT**

The judgment entered 6/13/11 is amended to read as follows:

Petition for permission to appeal has been considered by the court and is denied.

In forma pauperis status is denied.

June 17, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans