IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## MOTION TO REINSTATE STAY

Comes now Plaintiff David Stebbins, who hereby requests that the stay of proceedings be reinstated.

You received a mandate from the Eighth Circuit, but only for Case No. 11-1977. However, I have appealed the Eighth Circuit's dismissal to the United States Supreme Court, asking that the case be reversed and remanded to the Eighth Circuit with instructions to hear the appeal on the merits. I respectfully pray that the district court proceedings be reinstated until the Supreme Court issues a decision in this case.

   /s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my motion to reinstate the stay of proceedings was served on Gary Allman by emailing a copy to garywallman@gmail.com on the 27th day of July, 2011.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com