## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )**Case No. 10-3305-CV-S-RED** |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| **And** | ) |
| | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION TO COMPEL DISCOVERY

Comes now, Plaintiff David Stebbins, who, in the event that the second motion to reinstate the stay of proceedings is denied, submits the following renewed motion to compel discovery.

I have filed many of these motions, but all were dismissed without prejudice on the grounds that the District Court lacks jurisdiction until a mandate has been issued. Please refer to those motions for details on this motion to compel discovery.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my motion to compel discovery was served on Gary Allman, attorney for the Defense, by emailing a copy to garywallman@gmail.com on the 27th day of July, 2011.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com