IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS | ) |
| Plaintiff. | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC and | ) |
| RANDALL RICHARDSON | ) |
| Defendants. | ) |

## DEFENDANTS' AMENDED RESPONSE TO PLAINTIFF'S SECOND AND THIRD INTERROGATORIES

Come now Defendants Reliable Heat & Air, LLC and Randall Richardson, and provide an amended response to Plaintiff's Second and Third Interrogatories, specifically Interrogatory Number 5, as follows:

5. You mentioned that you offered me a job reassignment as a reasonable accommodation. Please articulate any other accommodations you provided or offered. Please state them *all;* speak now, or forever hold your peace.

Response: Defendant has previously provided answers to this same question, specifically in Response 4 above. However, no other accommodations were offered to Plaintiff other than the two job assignments referred to in Response to Interrogatory Number 4 above.

*(signature)*

Gary W. Allman
Missouri Bar No. 19921
P.O. Box 5049
Branson, Missouri 65615
Phone: (417) 332-2800
Fax No: (417) 332-1008
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

Defendants' Amended Response to Plaintiff's Second and Third Interrogatories.

Was served upon:

David Stebbins
1407 N Spring Rd. Apt #5
Harrison, AR 72601
Email: stebbinsd@yahoo.com

    ( ) by delivering a copy to him;
    ( ) by leaving a copy at his office with his clerk;
    ( ) by leaving a copy at his office with an attorney associated with him;
    ( x) by mailing a copy to him, as prescribed by law;
    ( x ) by transmitting a copy to them by email transmission at stebbinsd@yahoo.com on the 15th day of March 2011.

*(signature)*

Gary W. Allman Bar #19921
P.O. Box 5049
Branson, Mo 65615
Phone: (417) 332-2800
Fax: (417) 332-1008

garywallman@gmail.com
Attorney for: Defendants