IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## REQUEST FOR PRODUCTION

    Comes now Plaintiff David Stebbins, who, in the event that the motion to confirm the arbitration award is denied, hereby submits the following request for production:

1. In your answer to my fourth request for admissions, you deny my allegation that you do not document your business activities. To prove that you were telling the truth, please submit *all* documented business activities (and I mean, every single last one of them) from the dates of May 1, 2009 to July 31, 2009.
2. You deny that you obtain most of your business revenue from contracts that offer you a flat sum each month in exchange for unlimited service calls. To prove that this denial was a lie, I wish to see your bank records for the entire year of 2009. Your bank can produce them for you, if you go to them and ask them. It should only be twelve bank statements (one for each month).

    If you are concerned about sensitive information, such as your social security number or your bank PIN number, being presented, you may white those out. However, I will not tolerate information being whited out if it does not make sense that sensitive information would go there. Whited-out areas need to be accounted for.

    It is so requested, on this 30th day of March, 2011.

David Stebbins<br>
1407 N Spring Rd,<br>
APT #5<br>
Harrison, AR 72601<br>
870-204-6024<br>
stebbinsd@yahoo.com