IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## SUPPLEMENT TO MOTION FOR SANCTIONS

Comes now *pro se* Plaintiff David Stebbins, who respectfully submits the following supplement to my motion for sanctions (Document #127).

At 10:44AM, August 19, 2011, I received an email from Gary Allman, providing a response to my third request for production. See Exhibit A.

However, the discovery document that I previously requested is not answered by this response. Exhibit A of Document #127 is the request for production which the Defendants should have responded to.

I assume he was sending this to create the illusion that he was finally complying with the discovery request, and thus could avoid the sanctions. After all, unless I pointed it out to the Court, the Court would be none the wiser, as he is only required to upload the Certificate of Service, not the response itself, to the ECF.

However, I am calling the Defense out on their shenanigans, and I implore the court to not be fooled by them.

The bottom line is, the Defendants have still not responded to Exhibit A in Document

#127, and the sanctions I requested are thus still appropriate.

It is so respectfully submitted, on this 19th day of August, 2011.

/s/ David Stebbins  
David Stebbins  
1407 N Spring Rd,  
APT #5  
Harrison, AR 72601  
870-204-6024  
stebbinsd@yahoo.com