IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) ) |
| RANDALL RICHARDSON, et al. | ) ) |
| Defendants. | ) |

## DEFENDANTS' AMENDED RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION

COME NOW, Defendants Reliable Heat & Air, LLC and Randall Richardson, and respond to Plaintiff's Request for Production, as follows:

1. In his answer to his first interrogatory, Richardson explained that he attempted to accommodate my disability by offering me a job reassignment to a computer station.

To prove that such a position even *existed*, at the time I worked there, I would like copies of the W-4's of all the workers who worked in that computer position during the year of 2009.

Furthermore, I want a copy of Reliable Heat & Air, LLC's bank records, detailing every single bank transaction from the date of January 1, 2009 to December 31, 2009. Along with the actual bank transactions, I also want the names of the other parties to whom these payments were either sent, or received.

**Response:** Defendants have previously objected to this Request for Production. Notwithstanding that objection Defendants hereby respond to the Request as follows:

In May and June of 2009 a position of employment at a "computer station" was not available nor did such a job position exist with Reliable Heat & Air LLC. Additionally, no then current employee of Reliable occupied the job position at a computer station. Several employees utilized the computer in the performance of their regular employment position but no employee of Reliable worked at the computer station nor was there a job then available at the computer station in June 2009. This response, as requested by Plaintiff, is proof that such a position did not then exist.

Gary W. Allman
Missouri Bar No. 19921
P.O. Box 5049
Branson, Missouri 65615
Phone: (417) 332-2800
Fax No: (417) 332-1008
ATTORNEY FOR DEFENDANTS