**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 10-3305-CV-S-RED** |
| | ) |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Clarify Document #122 (Doc. 123) and Plaintiff's Motion for Sanctions under Rule 37(b)(2)(A) (Doc. 127). Plaintiff requests the Court to clarify the language which granted in part Plaintiff's Motion to Compel Discovery (Doc. 119) and, further, to issue sanctions against Defendants.

After careful consideration, this Court **ORDERS** a telephone conference between the parties and the Court. The Court will hold a telephone conference on Friday, **August 26, 2011, at 3:00 p.m.**. Counsel for Defendants shall be responsible for initiating the call. Once all parties are on the line, the Court may be reached at (417) 865-3741.

**IT IS SO ORDERED.**

DATED: August 24, 2011          */s/ Richard E. Dorr*
                                                   RICHARD E. DORR, JUDGE
                                                   UNITED STATES DISTRICT COURT