*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**DAVID STEBBINS**                                  **Date:**       August 26, 2011

**vs.**                                             **Case No.:**   10-3305-CV-S-RED

**RICHARDSON RANDAL, et al**

**Honorable Richard E. Dorr, presiding at Springfield, Missouri**

**Nature of Hearing:**   Discovery Teleconference

**Time Commenced:**   2:59 p.m.                     **Time Terminated:**   3:22 p.m.

### APPEARANCES

**Plaintiff's Counsel:**      David Stebbins, Pro Se
**Defendants' Counsel:**      Gary W. Allman

**Telephone conference regarding pending and outlying discovery. Defendant shall respond to Plaintiff within 10 days regarding the pending discovery which was discussed during the telephone conference. Further, Defendant shall provide to Plaintiff copies of any and all documents pertaining thereto. All other discovery deadlines remain the same.**

**Subsequent Order to follow.**

**LAW CLERK:**            Jacquie Clement
**COURT REPORTER:**       Jeannine Rankin
**COURTROOM DEPUTY:**     Steve Burch