IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court held a teleconference on August 26, 2011, at 3:00 p.m. In this teleconference, the Court addressed Plaintiff's Motion to Clarify Document #122 (Doc. 123) and Plaintiff's Motion for Sanctions under Rule 37(b)(2)(A) (Doc. 127).

For reasons set forth in this teleconference, the Court **DENIES** Plaintiff's Motion for Sanctions under Rule 37(b)(2)(A) (Doc. 127). Further, for reasons set forth in this teleconference, the Court **GRANTS IN PART** Plaintiff's Motion to Clarify Document #122 (Doc. 123) and, accordingly, **ORDERS** Defendants to disclose, within ten (10) days of this Order, whether or not Mr. Richardson or anyone else employed by Defendant had a conversation with Plaintiff regarding Plaintiff's Asperger Syndrome and, further, if such conversation has been reduced to writing, Defendant should provide a copy of the writing to Plaintiff within ten (10) days of this order.

**IT IS SO ORDERED.**

DATED:   August 31, 2011          */s/ Richard E. Dorr*
                                 RICHARD E. DORR, JUDGE
                                 UNITED STATES DISTRICT COURT