IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) |
| RANDALL RICHARDSON, et al. | ) ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendants Randall Richardson and Reliable Heat & Air, LLC, by counsel, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move the Court to enter summary judgment in behalf of Defendants and against Plaintiff, David Stebbins, because there is no genuine issue of material fact as to any substantial and required allegation alleged in Plaintiff's Petition and the undisputed facts herein clearly show that Defendants are entitled to judgment as a matter of law.

**WHEREFORE,** for the reasons stated herein and in movant's Suggestions and statement of uncontroverted material facts and movant's legal memorandum explaining why summary judgment should be granted, Defendants pray that the Court sustain Defendants' motion for summary judgment and enter judgment in favor of Defendants and against Plaintiff with costs assessed against Plaintiff.

*[Signature]*

Gary W. Allman Bar #19921
P.O. Box 5049
Branson, Mo 65615
Phone: (417) 332-2800
Fax:    (417) 332-1008
garywallman@gmail.com
Attorney for: Defendants