IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDALL RICHARDSON, et al. | ) |
| Defendants. | ) |

## AFFIDAVIT

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss. |
| COUNTY OF TANEY | ) |

RANDALL RICHARDSON, first being duly sworn, on his oath states:

(1) That I am an individual named as one of the defendants in the case of Stebbins v. Reliable Heat & Air, LLC, et al, and the managing member of Reliable Heat & Air, LLC, who is also a named Defendant in this case.

(2) This affidavit is given on personal knowledge and I am competent to testify to the facts stated herein.

(3) That in the last week of May or first week of June of 2009 David Stebbins was employed by Reliable Heat & Air, LLC and given the position of answering the business phone, keeping written notes of calls and communicating with customers and dispatching crews to jobs.

(4) The business of Reliable Heat & Air is the installing of heating and air conditioning equipment and materials, and repair and maintenance of

**DEFENDANT'S EXHIBIT A**

existing equipment and servicing similar equipment of customers.

(5) During his employment with Reliable, David Stebbins did not properly handle customers phone calls and I received several complaints from customers and other employees that Mr. Stebbins was rude, abrasive and arrogant with his dealing with customers. I personally witnessed one phone call where Mr. Stebbins informed a lady customer that he didn't know when we could get a crew to come to her house to fix her air conditioner and it might even be August before we could get out. I was required to take the phone call, apologize to the customer and otherwise deal with her problem. This is just one of several similar events of Mr. Stebbins being rude or harsh with my customers.

(6) Mr. Stebbins made no effort to correct his phone etiquette and informed me that, because of his Asperger Syndrome condition, that was just the way he was and customers would have to get use to it.

(7) Mr. Stebbins was terminated from his employment because of his failure to properly and adequately perform his job.

(8) Mr. Stebbins was not terminated because of his alleged Asperger's condition. I was not informed of Mr. Stebbins' Asperger's condition until the last day of his employment, to the best of my memory shortly before he was terminated. He told me his condition caused him to be "tactless" with people, and that was just the way he was.

(9) I was unaware of what Asperger Syndrome was but I do not think it is a disability but more like a personality type. Mr. Stebbins exhibits no outward appearance of this condition (Asperger Syndrome) and he was not perceived of having any disability until he so informed me. Neither during his initial interview or anytime thereafter did Mr. Stebbins inform me of his Asperger's condition until the day he was terminated. He offered no workable solution to the problem other than stating that that was the way he was and they (the customers) would just have to get use to it.

(10) Reliable's business is based on customer service and repeat business. As with all service business's it is important to maintain good customer relations and Mr. Stebbins did not deal well with customers and that was becoming detrimental to our business. He told me that was just the way he was and my customers would just have to get use to it.

*Randall Richardson* (signature)

Randall Richardson

Subscribed and sworn to before me by Randall Richardson, who personally appeared before me and is known to me to be the person described in and who executed the foregoing affidavit, and acknowledged that he executed the same as his free act and deed.

In Witness Whereof, I have hereunto set my hand and affixed my official seal at my office in Hollister, Missouri this day 19th of August 2011.

*Gary W. Allen* - Notary Public

SEAL

GARY W. ALLMAN
My Commission Expires
August 21, 2012
Taney County
Commission #08466100