# Reliable Heat & Air LLC

PO Box 6552
Branson, MO 65615-6552
Phone 417-339-9300
Fax 417-335-8526

## STATEMENT OF POLICIES

This employment handbook contains brief statements of certain policies, practices and procedures relating to your employment with Reliable Heat & Air, LLC. This handbook replaces all previously issued handbooks and policies. It does not cover all policies and procedures and only reflects a general description of company policies and procedures and are subject to change at the company's discretion.

Due to regular improvements, changes and growth of the company, the content of some items may not always be current. Nothing in this handbook is intended to create, express nor imply a definite or indefinite term of employment. All employees have the right to leave at will, and the company retains at all times the right to terminate the employment of any person without prior notice for any reason that does not break applicable state or federal laws.

Only the owner, president, or person designated by the owner or president, may alter or modify any of the policies in this handbook. These policies and procedures are subject to the interpretation and discretion of the president or owner of the company and may be modified, amended and/or eliminated without notice.

**September 11, 2006**

September 11, 2006

## ATTENDANCE & PUNCTUALITY

We believe that all members of the Reliable Heat & Air team are to be responsible and loyal in contributing and reporting for work as instructed. When you are absent, late or leave early, it interferes with the efficient operation of the company and places undue burden on your fellow co-workers. Attendance is a critical performance factor in evaluation of promotion and wage increase as well.

We are aware that on occasion there will be times when illness, personal, inclement weather or emergency situations will arise. **You must contact the office as soon as possible. You must report each day that you are absent unless other arrangements have been made with your supervisor. Please call 417-339-9300 and speak with Stephanie Morris or Randell Richardson.** We may require you to produce a doctor's certification for absence of three or more days as well as a written doctor's release to return to work.

It is your responsibility to report your absence. **DO NOT rely on others to report your absence** unless it is obviously an emergency situation that you are not physically able to do so. Absence from work without notifying your supervisor will be considered a voluntary resignation.

## HOLIDAYS

The Company observes the following holidays:
(a) New Year's Day
(b) Memorial Day
(c) July 4th
(d) Labor Day
(e) Thanksgiving Day
(f) Christmas Day.

Employees are eligible for holiday pay **after one year**, providing that you worked your last scheduled shift prior to the holiday, and your first scheduled shift immediately following the holiday. Employees will be compensated for holidays at their regular pay rate. Paid time off for holidays is NOT counted as hours worked for the purposes of determining overtime.

## VACATION PAY & HEALTH INSURANCE

You are eligible for 1 week of paid vacation and health insurance _after_ you have held a full time (40 hr work week) position for one year. Paid vacation, holidays and health insurance is a benefit and will not be given prior to eligibility. The granting of vacation, at all times, remains at the discretion of the Company. Vacation time does not roll over to the next year. The vacation must be used during the appropriate time earned or it will be lost. Any unused vacation at the time of termination of employment shall be forfeited and not paid to the employee unless otherwise determined by the sole discretion of the Company.

## CONTRIBUTING TO A SAFE WORK ENVIRONMENT

Safety is everyone's responsibility and must be an integral part of every work function. We are committed to providing a safe and healthy work environment for our employees and customers. It is imperative that all employees report existing and/or potential hazards as they arise. Your work area should remain clean of debris at all times. Appropriate protective gear will be worn as required and random drug testing may be performed at any time at the owner's discretion.

## AMERICAN'S WITH DISABILITIES ACT

It is our policy to comply with all of the relevant and applicable provisions of the American's With Disabilities Act and the Missouri Human Rights Act. We will not discriminate against any qualified employee or job applicant with respect to any terms, privileges, or conditions of employment because of a person's physical or mental disability or handicap. We also will make reasonable accommodations whenever necessary for all employees or applicants with disabilities or handicaps, provided that the individual is otherwise qualified to safely perform the duties and assignments connected with the job and provided that any accommodations made don not require significant difficulty or expense. Please contact your supervisor if you feel that you require an accommodation for reasons stated above. Call 417-339-9300 and speak with ~~[redacted]~~ Randell Richardson.

Retaliation against a person making a request for accommodations under the American's With Disabilities Act or Missouri Human Rights Act will not be tolerated and will be subject to disciplinary action including possible termination.

## GENERAL WORK RULES POLICY & DISCIPLINARY ACTION

Reliable has established General Work Rules intended to ensure the highest standards of safety and professionalism. You are expected to adhere to these policies and procedures listed in the Statement of Policies at all times. There may also be conduct not listed in the General Work Rules Policy which would also result in disciplinary action. The list of work rules is not intended to limit the proper rights of anyone. Instead, it protects the rights of all employees and is of mutual benefit to all in regards to:

- Absenteeism/Tardiness
- Job performance & Safety
- Conduct infractions including but not limited to fraudulent reporting of time worked, drug use, profanity and harm to other employees
- Harassment involving but not limited to sexual, racial or religious

Policy and conduct violations will not be tolerated. In the event disciplinary action is needed, most situations will be addressed with a verbal warning. Should a second violation occur, depending on the severity, a written warning may be issued as well as possible termination if warranted.

**All personnel must realize that the types of disciplinary action listed serve as general guidelines and are not mandatory. There are varying degrees of seriousness which pertain to performance and/or infractions of policies. <u>NOT ALL OF THESE OPTIONS NEED TO BE EXHAUSTED PRIOR TO DISCHARGE OR SUSPENSION.</u> By listing the various methods of discipline above, we expressly reserve and do not waive, the right to discharge any employee "at will".**

# EQUAL OPPORTUNITY EMPLOYMENT

It is the policy of the Company to:

- Follow personnel procedures that will ensure equal opportunity for all people without regard to race, color, religion, creed, national origin, sex, age, ancestry, and marital status that fully comply with the Civil Rights Act of 1964, as amended (Title VII) and the Missouri Human Rights Act.

- Comply with all relevant and applicable provisions of the Americans With Disabilities Act (ADA) and/or the Missouri Human Rights Act. The Company will not discriminate against any qualified employee or job applicant with respect to any terms, privileges, or conditions of employment because of a person's physical or mental disability.

- Make reasonable accommodations wherever necessary for all employees or applicants with disabilities, provided that the individual is otherwise qualified to safely perform the duties and assignments connected with the job and provided that any accommodations made do not require significant difficulty or expense.

- Thoroughly investigate instances of alleged discrimination and take corrective action if warranted.

- Be continually alert to identify and correct any practices by individuals that are at variance with the intent of this Equal Employment Opportunity policy.

## HARASSMENT POLICY

The Company prohibits harassment of any employee, based on race, religion, color, sex, age, national origin, disability, ancestry or service in the uniformed services. All employees should be able to enjoy a work place free of such harassment.

Such harassment is a form of unlawful discrimination and is considered illegal under various local, state and federal laws. For example, sexual harassment is defined as:

Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of sexual nature when:

- Submitting to such conduct is made a condition of an employee's employment, and refusal will result in not being hired or, if already on the job, tangible employment action such as dismissal, demotion, failure to promote or undesirable reassignment.

- How an employee reacts to sexual requests or conduct is used to make decisions about the employee's employment, including such things as dismissal, demotion, failure to promote or undesirable reassignment.

- Such behavior interferes with an employee's ability to work effectively or creates a hostile, intimidating or offensive working environment.

Employees who are aware of harassment should notify the Company by contacting the employees immediate supervisor. In the event the employee is not satisfied with the manner in which the supervisor handles the notification, or if the employee is uncomfortable in complaining to the supervisor, then the employee shall contact Stephanie Morris directly. All claims will be promptly investigated in a thorough and impartial manner. All complaints will be kept in strictest confidence possible except as necessary to complete an investigation. Retaliation against an employee complaint or any person who provides information relative to the complaint, will not be tolerated and will be subject to disciplinary action, including possible termination. Requiring an employee to properly perform his or her job is not unlawful harassment.

## JURY DUTY POLICY

The Company encourages you to serve if you are called for jury duty. If you receive a summons for jury duty, you must provide the summons to your supervisor within forty-eight (48) hours of receiving it. During heavy work periods, you may be able to obtain a deferment. You will be granted time off to serve jury duty however you will not be paid for that time off.

## OUTSIDE EMPLOYMENT & CONFLICT OF INTEREST

Employees will not be permitted to engage in activities during or after normal working hours that would be in competition with the Company or would in any way affect the Company's profitability or the employee's usefulness and efficiency. If you are thinking of taking on a second job, notify your manager immediately. He or she will thoroughly discuss this opportunity with you to make sure that it will not interfere with your job at the Company nor pose a conflict of interest.

## PRIVACY & CONFIDENTIALITY

The Company reserves the right to require employees while on Company property to allow inspection of their person, personal possessions and property, personal vehicles parked on Company property, and work areas. This includes but is not limited to, lockers, desks, file cabinets, work stations, personal mail sent to the Company and Email. Such searches may be conducted at any time without advanced notice.

Confidential information includes, but is not limited to, marketing, sales, cost, product specification, customer lists or data, supplier lists, parts lists or identifying numbers, price schedules, inventory procedures, planning, engineering, or invention that the Company desires to remain secret. Confidential information by improper means or disclosure or use of a trade secret or confidential information without express consent of the Company could lead to dismissal, civil prosecution and/or criminal prosecution as allowed by law.

It is company policy for employees NOT to discuss with other employees their pay structure. The pay structure is between the employee and his/her supervisor and is considered highly confidential. Such discussions with someone other than your supervisor could lead to termination of your employment.

## LOST OR STOLEN PERSONAL OR COMPANY PROPERTY

It is the responsibility of each employee to ensure that their personal belongings are properly secured and stored in their work area. The Company is not responsible for lost or stolen items.

It is the responsibility of each employee to ensure that Company assigned property is secured and stored appropriately. The employee will be responsible for any Company property in their possession in the event that Company property should be damaged, destroyed or become lost or stolen. The employee will have the worth dollar amount deducted from his/her paycheck until full replacement value is collected.

## TIME-KEEPING AND OVERTIME

All employees will be required to utilize time cards reflecting the actual time worked for the Company. It is imperative that you indicate and distinguish all hours related to your employment, including the hours on the job and the time away for illness, vacation, holidays and other related time considerations. Record your starting time, when you leave for lunch and return, and again at the end of the work day. It is imperative that you double-check your timecard periodically and most especially at the closing of the pay period. **<u>Any falsification of time records will result in disciplinary action including possible discharge.</u>**

Overtime is paid at a rate of time and one half for time worked in excess of forty (40) hours per week.

## WORKER'S COMPENSATION

Worker's compensation insurance is carried for all employees. In order to insure coverage under workers' compensation, it is necessary that all job injuries or illnesses be reported to the employee's supervisor within 24 hours using the Company Report of Injury Form even if injury or illness seems small at the time and may not appear to require medical attention. If the injury requires treatment, first aid may be available; for more severe injuries, appropriate medical treatment will be arranged through the supervisor or the assigned Company hospital/doctor depending on the hour or severity of the injury. For serious injuries or those happening outside normal working hours, consult your supervisor for the designated hospital or trauma center. If the employee seeks treatment on his/her own, the employee will be responsible for the charges.

Following an established emergency medical guidelines will not only aid you in ensuring that billing and arrangements will be handled easily, but also ensures that you will receive quality care through an approved facility. When released to return to work, an employee must report to his/her supervisor with any paperwork received so the necessary reports can be filed. If a supervisor is not available, submit a Report of Injury Form to Stephanie Morris in the office.

## ACKNOWLEDGMENT

I, _David A. Stebbins_, hereby acknowledge that I received and have read the Employee Manual/Handbook of Reliable Heat & Air, LLC and I further agree to abide by the policies contained in the Employee Manual/Handbook.

Dated: _6-18-09_

_David Stebbins_
**Signature of Employee**