IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| DAVID STEBBINS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## THIRD REQUEST FOR ADMISSIONS

Comes now Plaintiff David Stebbins, who hereby submits the following request for admissions:

1. When employed with the Defendants, I made $8.00 per hour.
2. As a direct result of making $8.00 per hour, I made $320 per week, if I work full time.
3. This means that a full-time employee at your company – without earning any raises or bonuses – would earn $16,000 per year, due to working 50 weeks per year (the weeks of Christmas Day and New Year's Day excluded).

You have until February 4, 2011 to respond to these admissions, or else, they will be admitted, by default.

*David Stebbins*

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| | ) |
| RANDAL RICHARDSON, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of
    Plaintiff's Third Request for Admissions
was served on

Gary W. Allman
Missouri Bar #19921
P.O. Box 5049
Branson, MO 65615
Phone: (417) 332 – 2800
Fax:  (417) 332 – 1008
garywallman@gmail.com
Attorney for:  Defendants

By transmitting a copy via email transmission to garywallman@gmail.com, on the 5th day of January, 2011.

*David Stebbins*

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone:  870-204-6024
stebbinsd@yahoo.com