IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS | ) |
| Plaintiff. | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC and | ) ) ) |
| RANDALL RICHARDSON | ) ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

Defendants' Objection to Plaintiff's Motion for Rule Extension

Was served upon:

David Stebbins
1407 N Spring Rd. Apt #5
Harrison, AR 72601
Email: stebbinsd@yahoo.com

    ( ) by delivering a copy to him;
    ( ) by leaving a copy at his office with his clerk;
    ( ) by leaving a copy at his office with an attorney associated with him;
    ( x) by mailing a copy to him, as prescribed by law;
    ( x ) by transmitting a copy to them by email transmission at
stebbinsd@yahoo.com on the 9th day of September 2011.

                                          Gary W. Allman Bar #19921

P.O. Box 5049
Branson, Mo 65615
Phone: (417) 332-2800
Fax:     (417) 332-1008
garywallman@gmail.com
Attorney for: Defendants