

Case 6:10-cv-03305-RED    Document 147-1    Filed 09/09/11    Page 1 of 16



Case 6:10-cv-03305-RED     Document 147-1     Filed 09/09/11     Page 2 of 16



Case 6:10-cv-03305-RED     Document 147-1     Filed 09/09/11     Page 3 of 16









Case 6:10-cv-03305-RED     Document 147-1     Filed 09/09/11     Page 7 of 16



Case 6:10-cv-03305-RED     Document 147-1     Filed 09/09/11     Page 8 of 16



       Plaintiff,        )
                     )
  v.                 ) Case No. 10-3305-CV-S-RED
                     )
RELIABLE HEAT & AIR, LLC, et al.,  )
    And           )
                     )
RANDAL RICHARDSON, et al.   )
                     )
Defendants.           )

## PLAINTIFF'S FIFTH REQUEST FOR ADMISSIONS

Please admit to the following facts:

1. I am currently in college (excluding the lawsuit that I am currently filing against the school).

2. I first enrolled in that college in August of 2010.

3. That was approximately one year after your termination of my employment, spoken of in the complaint, occurred.

4. Excluding the time I am spending suing the school (I am cutting you some slack on that, since that had nothing to do with you), it will take four years to complete this degree.

5. Therefore, I will be without a job for five years.

6. I would not have been prompted to enroll in this college program, but for your termination.

7. It will be extremely for me to find another job within five years, with the current state of the economy.



since that had nothing to do with you), it will take four years to complete this degree.

5. Therefore, I will be without a job for five years.

6. I would not have been prompted to enroll in this college program, but for your termination.

7. It will be extremely for me to find another job within five years, with the current state of the economy.

You have until April 3, 2011 to respond to this request for admissions, otherwise all facts will be admitted by default.

It is so submitted, on this 4th day of March, 2011.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com