IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## NOTICE OF ADDRESS CHANGE

I, *pro se* Plaintiff David Stebbins, now have the name and address that appears at this signature:

David Stebbins
8527 Hopewell Rd.,
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com