## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| | ) |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is Plaintiff's Motion for Extension of Rule 56(g) Declaration (Doc. 144). We interpret Plaintiff's motion as a request to modify its Motion for Partial Summary Judgment (Doc. 124) and, further, as a request that the Court modify its September 8, 2011 Order (Doc. 143) to order additional facts as undisputed.

Each fact Plaintiff includes in his Motion for Extension of Rule 56(g) Declaration was included in his Motion for Partial Summary Judgment. Though Plaintiff has supplemented each fact with citations to the record, the Court, pursuant to its power under Rule 56(g), does not recognize any facts, other than the ones set forth in its September 8, 2011 Order, that are not genuinely in dispute. Plaintiff's motion is **DENIED.**

**IT IS SO ORDERED.**

DATED: October 3, 2011         */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT