IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., | ) |
| And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following notice of appeal.

I intend to appeal the following orders:

1. The order made during the telephone conference scheduled April 22, 2011 denying the motion to confirm the arbitration award. The United States Court of Appeals for the Eighth Circuit previously dismissed the case without prejudice due to an erroneous lack of interlocutory jurisdiction, but that does not stop me from appealing the order on a final judgment.

2. Document #151, adverse grant of summary judgment in favor of the Defendants.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com