**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID STEBBINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )**Case No. 10-3305-CV-S-RED** |
| **RELIABLE HEAT & AIR, LLC, et al.,** | ) |
| And | ) |
| | ) |
| **RANDAL RICHARDSON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## EXPLANATION OF IN FORMA PAUPERIS ANSWERS

I wish to explain some answers in my IFP application which may have confused you.

First, the "other" income was actually a $300 settlement from a case that was closed in February. You wanted the *average* over the past year, so I divided it by twelve. That is why I do not expect this other income to recur in the next month.

Then, there is my expectation of a change in my financial status, and also the "overall living expenses" in the amount of $435 per month. I have currently taken refuge in a place that will take me in, until I can secure other living arrangements. They charge me $435 per month for food, shelter, transportation in the form of communal car-pooling, and also laundry. I expect a change in this situation in the near-future, as soon as another apartment has a vacancy, I intend to move into that apartment at my earliest convenience.

I hope this explains the confusing answers I gave.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com