UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al. | ) ) |
| Defendants. | ) |

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

After careful consideration, the Court **GRANTS** Defendants' Motion for Summary Judgment (Doc. 140). This case is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of Defendants on all counts.

**IT IS SO ORDERED**.

Date: October 7, 2011        Ann Thompson
                                      Clerk of Court

Entered on: October 11, 2011    s/ Karen Siegert
                                      (By) Deputy Clerk