IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-3305-CV-S-RED ) |
| RELIABLE HEAT & AIR, LLC, et al., And | ) ) ) |
| RANDALL RICHARDSON, et al. | ) ) |
| Defendants. | ) |

## OPPOSITION TO PLAINTIFF'S MOTION AND AFFIDAVIT FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

COME NOW, Defendants and oppose and object to Plaintiff's Motion and Affidavit for Permission to Appeal In Forma Pauperis as follows:

1. Plaintiff's Motion is not supported by an appropriate verified Affidavit.
2. Plaintiff does not state or identify the issues to be raised on appeal nor does he state any basis for an appeal.
3. Plaintiff seeks to file a frivolous appeal and unreasonably avoid applying the appropriate costs involved with an appeal.

WHEREFORE Defendants request Plaintiff's Motion and Affidavit for Permission to Appeal In Forma Pauperis be denied.

*[signature]*
Gary W. Allman Bar #19921
P.O. Box 5049

Branson, Mo 65615
Phone: (417) 332-2800
Fax: (417) 332-1008
Attorney for: Defendants