IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDALL RICHARDSON, et al. | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of:

Defendants' Opposition to Plaintiff's Motion and Affidavit for Permission to Appeal In Forma Pauperis

Was served upon:

David Stebbins
Email: stebbinsd@yahoo.com

    ( ) by delivering a copy to him;
    ( ) by leaving a copy at his office with his clerk;
    ( ) by leaving a copy at his office with an attorney associated with him;
    ( ) by mailing a copy to him, as prescribed by law;
    (x) by transmitting a copy to them by email transmission at stebbinsd@yahoo.com on the 12th day of October 2011.

Gary W. Allman Bar #19921  
P.O. Box 5049  
Branson, Mo 65615  
Phone: (417) 332-2800  
Fax:  (417) 332-1008  
garywallman@gmail.com  
Attorney for: Defendants