IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## REPLY SUGGESTION TO APPLICATION TO APPEAL IN FORMA PAUPERIS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following reply suggestion to my application for leave to appeal in forma pauperis.

1. I have filed many *in forma pauperis* applications in the past. None of them seemed to require an "appropriate verified affidavit" unless the Court specifically requested one. Defendants cite no legal authority where one seems to be required.

2. I have stated the issues for appeal. I intend to appeal the Courts' order denying confirmation of the arbitration award, and the adverse grant of summary judgment.

3. Defendants have offered nothing in support of their statement that the appeal is frivolous.

Wherefore, premises considered, I request that the application for leave to appeal *in forma pauperis* be granted.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-3305-CV-S-RED |
| RELIABLE HEAT & AIR, LLC, et al., And | ) |
| RANDAL RICHARDSON, et al. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify under penalty of perjury that a true and correct copy of my Reply Suggestion to Application to Appeal In Forma Pauperis was served on the Defendants by allowing them to view the Notice of Docket Activity, as allowed by the Local Rules.

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com