# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Case Name:   DAVID STEBBINS v. RICHARDSON RANDAL, et al.

Case Number:   10-3305-CV-S-RED

Please return files and documents to:   U.S. District Court
1400 U.S. Courthouse
222 John Q. Hammons Parkway
Springfield, MO  65806
417/865-3869

Person to contact with questions about this appeal:   Clerk's Office, 417-865-3869

Length of Trial:   N/A

Financial Status:   Fee Paid:   No
If NO, has IFP been granted:  Yes
Is there a pending motion for IFP?   No

Counsel:

**David Stebbins** on his own behalf
8527 Hopewell Rd.
Harrison, AR 72601
(870) 204-6024
Email: stebbinsd@yahoo.com
PRO SE

**Gary W. Allman**
Gary W. Allman Law Office
P.O. Box 5049
Branson, MO 65615
(417) 332-2800
Fax: 417-332-1008
Email: garywallman@gmail.com

Are there any other pending post-judgment motions: no

Is there keen local interest in this case?:   no

Do you recommend a simultaneous opinion release?   no

Is there a court reporter in this case?  Yes

If yes, please identify: Jeannine Rankin, 222 N. John Q. Hammons Pkwy, Springfield, MO 65806, 417 225-7713.