# United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 11-3639
_____

| | | |
|---|---|---|
| David Anthony Stebbins, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Reliable Heat & Air, LLC; | * | |
| Randal Richardson, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: July 20, 2012
Filed: July 24, 2012
_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

    David Stebbins appeals the district court's[1] adverse grant of summary judgment on his disability-discrimination claim and related hostile-work-environment claim, and the district court's denial of his "motion to confirm arbitration award." Upon careful de novo review, see <u>Tusing v. Des Moines Indep. Cmty. Sch. Dist.</u>, 639 F.3d 507, 514 (8th Cir. 2011), we conclude that the grant of summary judgment was proper, for the reasons stated by the district court. We also conclude that the district

___

    [1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

court properly denied Stebbins's "motion to confirm arbitration award," as that motion was meritless.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

-2-

Case 6:10-cv-03305-RED   Document 163-1   Filed 07/24/12   Page 2 of 2
Appellate Case: 11-3639   Page: 2   Date Filed: 07/24/2012 Entry ID: 3934943